TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00583-CR






Gerald Herrera, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT


NO. 2001-216, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was originally due to be filed on September 3, 2002. A free
record was ordered on October 23, 2002, and the time for filing was extended to January 21, 2003. 
The reporter has now informed the Court that the record will be completed by February 20, 2003.

The court reporter for the 274th District Court, Mr. Gene R. Lee, is ordered to file the
reporter's record no later than February 20, 2003. No further extension of time will be granted. See
Tex. R. App. P. 37.3(a)(2).

It is ordered January 24, 2003.


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish